UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERIN S.,

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

Case No. 2:20-cv-6090
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Deavers

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 11, 2022.  (ECF No. 23.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner's decision.  This case is **DISMISSED**.

    IT IS SO ORDERED.

**9/8/2022**  
**DATE**

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE